UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  CR. S-00-460 LKK |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| GAYANE MIRZOYAN, et al., | |
| Defendants. | |

Good cause appearing, IT IS HEREBY ORDERED that the January 31, 2001 motion to dismiss filed by the United States of America (Dkt. # 12) is granted nunc pro tunc to January 31, 2001.

DATED: August 29, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1